NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1506

COMCAST CABLE COMMUNICATIONS, LLC,

Plaintiff-Appellee,

v.

FINISAR CORPORATION,

Defendant-Appellant.

David J. Silbert, Keker & Van Nest, LLP, of San Francisco, California, argued for plaintiff-appellee.  With him on the brief were Daralyn J. Durie, and Ajay S. Krishnan.

Larry R. Laycock, Workman Nydegger, of Salt Lake City, Utah, argued for defendant-appellant.  Of counsel were Charles L. Roberts, C.J. Veverka, and David R. Todd.

Appealed from:   United States District Court for the Northern District of California

Judge William H. Alsup

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1506

COMCAST CABLE COMMUNICATIONS, LLC,

Plaintiff-Appellee,

v.

FINISAR CORPORATION,

Defendant-Appellant.

# Judgment

ON APPEAL from the United States District Court for the Northern District of California

in CASE NO 3:06-CV-04206.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, CLEVENGER, and LINN, <u>Circuit Judges</u>.)

AFFIRMED.  <u>See</u> Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: <u>April 10, 2009</u>      <u>/s/ Jan Horbaly</u>
                                    Jan Horbaly, Clerk